

# NUMBERS 13-20-00336-CR AND 13-20-00337-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**TALVIN DJUAN GARLEY,**                               **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                   **Appellee.**

### On appeal from the 122nd District Court
### of Galveston County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

This matter[1] is before this Court on appellant Talvin Djuan Garley's motion to abate

for findings of fact and conclusions of law regarding the timeliness of the trial court's

---

[1] This appeal was transferred to this Court from the Fourteenth Court of Appeals in Houston by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 22.220(a) (delineating the jurisdiction of

decision on appellant's motions for new trial. The Court, having examined and fully considered the motion, is of the opinion that it should be granted.

The Court hereby abates and remands appellate cause numbers 13-20-00336-CR and 13-20-00337-CR[2] to the trial court for further proceedings consistent with this order. Upon remand, the trial court shall issue findings of fact and conclusions of law addressing whether it was acting under the applicable emergency orders as issued by the Texas Supreme Court, which suspended and modified certain deadlines because of the pandemic, when it ruled on appellant's motions for new trial.

The trial court shall further cause its findings to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
12th day of January, 2022.

---

appellate courts); 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

[2] Appellate cause numbers 13-20-00336-CR and 13-20-00337-CR were consolidated on April 13, 2021, and encompass trial court cause numbers 18CR0975 and 18CR0976.